UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTIC CREDIT & FINANCE, INC., | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:15-cv-00044-MJD-SEB |
| JULIANA G. ROBERTSON, | ) |
| Defendant. | ) |
| JULIANA G. ROBERTSON, | ) |
| Counter Claimant, | ) |
| vs. | ) |
| ATLANTIC CREDIT & FINANCE, INC., | ) |
| Counter Defendant. | ) |

**MINUTE ENTRY FOR JULY 2, 2015
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. A discussion was held regarding the status of discovery.

This matter is scheduled for a telephonic status conference on **Friday, July 31, 2015 at 8:40 a.m.** to discuss readiness to proceed with the settlement conference. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 07/07/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.